# EXHIBIT B

Case 3:17-cv-02026-JBA   Document 1-2   Filed 12/05/17   Page 1 of 3

Search | Daniel | Home | Find Friends | 2 | 56

**Eric Nielsen ▶ ConfigAir**
March 8 ·

Thanks for all that ConfigAir has done for OpenM Tech, we appreciate the excellent work and consider you. a tier one provider.

Like    Comment    Share    Message

ConfigAir and Nizwer H                                                      Chronological

**Henry Kurz** My name is Henry Kurz and until this wednesday I was vice president and CTO of ConfigAir. I lost my job and title because I wanted our CEO to work in a way that is appropriate for IT business. He keeps accepting deadlines which are impossible to realize without even asking development about the feasibility. It was always vice versa. Deadlines were usually like in a garage company "end of today", set by the CEO and not by the development team. On top of that he works now directly with developers in a desasterous way.
As his wife already said that whenever Trump becomes president, she wants to leave the US, the CEO and his wife since then pretty much leave in the Czech Republic where our development department is. The department is located already at the CEO's home town in the Czech Republic, a location which was absolutely stupid to chose as only developers fresh from University would be available. More experienced developers directly go to bigger cities like Prague. Since then the CEO works on a daily basis directly with the development team without being qualified to do so. He thinks he is, but he is not.

I have built pretty much all software which ConfigAir sells with my own bare hands. CAL, the web ui, the visualization. Due to the contract I signed with ConfigAir, they take all this away from me by law but they have with me departing nobody except for one senior developer left who can properly maintain this software. And this one remaining senior developer works regular business hours for Czech Republic - no late nights and no weekends. And he leaves in Prague - not in this city where our development office is located. So the rookies won't gain from his experience. Even escalations will from now on have to wait for the next monday. Things like the visualization were already ruined by our CEO working directly with rookies on demos. The standard code contains many "if you are the object of client X, then do this or that". It's not maintainable any more and more will follow with our CEO working directly with rookie developers instead of professional architects. I was even made responsible for what happened there. Communication went appart from me and it should have been my job to then find these things and fix them. How stupid is this imagination??? This communication doesn't bypass any architect in a well organized IT company, so these things usually never happen at all. ConfigAir's CEO is trying to micro manage all parts. Unfortunately also those parts that he's not qualified for.

ConfigAir's CEO is absolutely resistent to any criticism and rather prefers getting rid of the vice president instead of thinking that he should actually change some things on his behavior.

I have 17 years experience with configuration UI's. Without any input from my side, our CEO has started to build a new UI together with rookies fresh from the University. He thought it was ok by just having me invited to the ongoing calls, but even the selected technology is wrong and that should have required my input at the start of this project - not on a running thing, being just invited. The person leading the development has about one year of experience, which he collected in our company with the software that I have built and with development of a senior developer who left already the company seeing where this company is heading towards. The chosen technology is the wrong one to support the landscape that ConfigAir had in mind. I could have said that right away before this project even started, but I was never asked. Our CEO thinks he can do that without my input.

At this point I am only doing knowledge transfer to ConfigAir, leaving at the end of this year. Starting with January 1st 2018 this company will pretty much exist of people fresh from the University and one senior developer, who I can say is good, but due to his location he will not train the other developers which are far away from Prague and he will only be available during regular Czech Business Hours. The 24/7 support from ConfigAir is a joke now. There is nothing like that. This company will fail to architect things properly or to deliver quality software in time. Software will be full of demo driven code that is impossible to maintain and which leads to down times in production systems.

I don't know yet where I will work next as the contract with ConfigAir pretty much disallows me to do any kind of work at all, but if you are an existing

**People You May Know**                                              See All

**Mario Bravo**
Add Friend

**Bleron Mustafa** (Bleron)
Add Friend

**Bertran Lekibi**
Add Friend

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2017

Chat

28- FB Nielsen. Thanks for all that ConfigAir has done for the
customer and want to be helped professionally, please contact me directly.

Like · Reply · 31 mins · Edited

Write a reply...

Write a comment...

Press Enter to post.

Chat