# EXHIBIT C



Peloquin, Eric <eric.peloquin@brp.com>

## ConfigAir - Potentially a current supplier of SAP

.

.

.

.

.

.

++++


My name is Henry Kurz.

Until this wednesday I was vice president and CTO of ConfigAir LLC. ConfigAir does your configuration web ui.

I am no longer VP or CTO, but I will file a legal request against ConfigAir about the software sold to you and other companies from ConfigAir as I developed it and ConfigAir took it away from me. Plus they won't be able to support you properly after firing me.
I am ready to help you the best I can. Please contact me via this email address (henry.kurz@hkc-group.de)
++++

Thank you.

--