# EXHIBIT D

November 2nd 2017

Dear gentlemen,
as you know I (Henry) am no longer with ConfigAir LLC. Without going into the reasons for this step the much more important thing is the legal situation.

**Working on any software that is based on CAL, CALServer, CALUi, Visualization or even just making use of it is considered a criminal act due to copyright violation. I request you to immediately stop working on this software and any related software. If Daniel forces you to continue on it, best consult a lawyer and ask him how you can make sure to not being belonged for knowingly violating copyright. This is not a tiny little crime. The penalty is up to 5 years of prison and a fine. I ask you to stop all work on any of the software that was originally based on any of my products or which is using it. So basically everything - even the intel project is using it.**

Let me explain the legal situation:
CAL, CALServer, CALUi, Visualization and the first prologue configurator are things I created between 2003 and 2011 before ConfigAir LLC was founded. German law of copyright applies to the complete software.
§69a UrhG ([https://www.gesetze-im-internet.de/urhg/__69a.html](https://www.gesetze-im-internet.de/urhg/__69a.html))

§69a.3 basically means that software that is the result of own creation doesn't need any special protection. The author automatically holds the intellectual property for this.

Daniel claims to hold the intellectual property for the software components mentioned above because the operating agreement between partners had a section 3a that basically means all intellectual property of anything brought into the company, any tools and everything else belongs to the company. However that is not possible due to §29.1:

> "Das Urheberrecht ist nicht übertragbar, es sei denn, es wird in Erfüllung einer Verfügung von Todes wegen oder an Miterben im Wege der Erbauseinandersetzung übertragen."

Translated: The intellectual property cannot be transferred - only inherited due to death or inherited due to inheritance law cases.

So no matter what was in the operating agreement and even if I wanted to, the IP cannot belong to Daniel. I think I never married him and I'm also still alive ;-) (Whenever both sometimes felt like it was the case).

The only thing that can be transferred is the right of usage of my software. This happens by issuing a license. I never ever issued a license to ConfigAir and also the operating agreement is to unspecific to be seen as a license. It doesn't even name the software that this license should be valid for. In other words: ConfigAir neither holds the IP nor a valid license of any software that I created. It is not allowed to even possess my software any longer. The same is true for all customer projects and also for software that just uses it.

§12, §13 and §14 UrhG are protected migrating from the author to any 3rd party and therefore the author and owner of the IP, myself, at any point has the following right:
- Determine if and how the creation is to be published
- Publish the IP entirely
- The right to add a legal notice of ownership to the creation
- The right to disallow any change to the original IP

Now it is getting even more interesting:
§69f: "Der Rechtsinhaber kann von dem Eigentümer oder Besitzer verlangen, daß alle rechtswidrig hergestellten, verbreiteten oder zur rechtswidrigen Verbreitung bestimmten Vervielfältigungsstücke vernichtet werden. § 98 Abs. 3 und 4 ist entsprechend anzuwenden."
This basically means that the owner of the IP (me) can demand from the owner of the software (which is also me, but Daniel claims to be the owner even though he has no license to proof this statement), that all illegally created and distributed versions are destroyed.

I requested the deletion of all software from git.

Daniel was informed about the legal situation and decided to ignore it. The penalty for knowingly and willingly violating copyright is up to 5 years of prison and a monetary fine. Please make sure that you are not also driven into illegal work on copyrighted material. I have already filed a law case against ConfigAir and informed the FBI of illegal usage of copyrighted material not only by ConfigAir but also by ConfigAir's customers. It will just take some time.

I am unhappy that it went so far. I also offered Daniel multiple times to issue a valid license, but he ignored it thinking he would own my IP anyway so I should not get any compensation at all. Once my IP is pulled out of the company, customers will start suing ConfigAir as they are also not allowed any longer to run their servers. They have a valid license with ConfigAir, but ConfigAir sold them software that it doesn't hold a valid license for. This will be a very interesting law case. If I were you, I would already look for a new job as ConfigAir has reached unfortunately a dead end. I tried very hard behind the scenes to come up with a solution that would work for ConfigAir and me. I issued ConfigAir verbally a valid license until my lawyer has prepared a license agreement. I just asked for a few little things as the requirement. Do you know what made it failing?
I was disconnected from the company network. No redmine - no vpn. Daniel did not want to give it to me back. Not kidding… With this choice he ended the future of ConfigAir.

PS: you can reach me under henry.kurz@hkc-group.de