# EXHIBIT F

THOMPSON HINE   ATLANTA     CLEVELAND     DAYTON     WASHINGTON, D.C.
                CINCINNATI     COLUMBUS     NEW YORK

November 14, 2017

<u>*Via Email (henry.kurz@hkc-group.de) and FedEx*</u>

Mr. Henry Kurz
Feuerbacher Weg 206
70469 Stuttgart
Germany

Re:   Cease and Desist Illegal Conduct

Dear Mr. Kurz:

We represent ConfigAir LLC ("ConfigAir"), and I am writing with respect to your recent conduct that is in breach of ConfigAir's Operating Agreement, fiduciary duties you owe to ConfigAir, and other obligations that you have under applicable law. For reasons set forth below, ConfigAir demands that you immediately cease and desist (1) contacting ConfigAir's employees and customers, (2) making false statements regarding ConfigAir's software, (3) divulging ConfigAir's confidential information to third parties, and (4) making public statements that are damaging to ConfigAir and its business.

Background

As you know, ConfigAir is a Connecticut limited liability company of which you are a member. In early 2011, you, along with the other members of ConfigAir, signed the ConfigAir LLC Operating Agreement (the "Operating Agreement"), which established ConfigAir as a "manager-managed" limited liability company and that ConfigAir's board shall serve as the company's manager. The Operating Agreement further identified you as an initial board member and as an officer holding the titles "Chief Technology Officer" and "Vice President."

As part of the Operating Agreement, you and the other members agreed to a number of provisions relating to intellectual property. In particular, pursuant to Section 3(a), you agreed that:

> All technology, ideas, concepts, inventions, improvements, programs, designs, techniques and other works of authorship and development (including but not limited to all *copyright*, trademark, patent, trade secret, know-how and intellectual property rights associated therewith) developed, devised, made, learned of, conceived or reduced to practice by the member, *either solely or in collaboration with others, whether before,*

Tony.Hornbach@ThompsonHine.com   Fax: 513.241.4771   Phone: 513.352.6721

THOMPSON HINE LLP          312 Walnut Street              www.ThompsonHine.com
ATTORNEYS AT LAW           14th Floor                     Phone 513.352.6700
                           Cincinnati, Ohio 45202-4089    Fax 513.241.4771

THOMPSON
HINE

Mr. Henry Kurz
November 14, 2017
Page 2

> *on or after the date of this Agreement,* up until and including the final date on which the member holds an interest in or is otherwise engaged by the Company, and which directly relates to the business of the Company (the "Work Product"), *is, will become and will remain the Company's exclusive property.* The Company does and will own all right, title and interest in and to the Work Product.

(emphasis added). In addition, section 3(b) states that:

> All Work Product is "works made for hire," and the Company is the "person for whom the work was prepared." As between the parties, *the Company is and will be considered the author and/or owner, as appropriate, of the Work Product for purposes of patent, copyright or trademark law,* and is and will be entitled to secure patent, copyright and trademark protection in the Company's name, if and as applicable, and the member agrees to cooperate with the Company as reasonably necessary to secure such patent, copyright and trademark protection. To the extent that the Work Product and any intellectual property rights therein or related thereto are deemed or treated as not "works made for hire," *the member hereby expressly and irrevocably assigns to the company all of the member's right, title and interest in and to the Work Product and any and all intellectual property rights therein or related thereto.*

(emphasis added). All members in ConfigAir also agreed that they "will not disclose, use or make known for the member's or another's benefit any Confidential Information or use any such Confidential in any way;" "will not directly or indirectly . . . engage in, become financially interested in, be employed by or have any business connection with [anyone] which competes with the Company;" "will not solicit, directly or indirectly, any customers of the Company" or "potential customers of the Company;" and "will not solicit or hire, directly or indirectly, . . . any person employed or otherwise engaged by the Company except with specific written consent of the Company." Operating Agreement §§3(d-g). ConfigAir's members also agreed that the Operating Agreement "shall be governed by and construed in accordance with the internal laws of the State of Connecticut and the federal laws of the United States applicable therein."

Aside from the obligations imposed by the Operating Agreement, you also owe ConfigAir fiduciary duties under Connecticut law given your roles as a member, former officer, and former board member. These include the duty of loyalty, duty to act in good faith, and the duty to act in the best interest of ConfigAir.



Mr. Henry Kurz
November 14, 2017
Page 3

Your Illegal Actions

Based on your recent conduct, you have breached the obligations that you owe pursuant to the Operating Agreement and have breached fiduciary duties owed to the ConfigAir. It has recently come to ConfigAir's attention that you have contacted ConfigAir's customers and told them, among other things, that they are using "pirated software" and that ConfigAir's software belongs to you, not ConfigAir. You have also threatened ConfigAir and its employees by stating the employees' work on ConfigAir's software is illegal and subjects them to "criminal" punishment. Of course, none of this is true since ConfigAir is the rightful legal owner of its software. While it is true that you played a role with regard to creating the software, you agreed, per the terms of Section 3(a) of the Operating Agreement, that any legal rights to any program that you worked on "either solely or in collaboration with others, whether before, on or after the date" of the Operating Agreement "is . . . the Company's exclusive property." Moreover, to the extent that the software was yours at one time, you further agreed in Section 3(b) of the Operating Agreement to assign all "right, title, and interest" to that software to ConfigAir, and per the United States Code, this language is sufficient to effectuate an assignment. 17 U.S.C.S. §204. Therefore, contrary to what you claim, ConfigAir owns all legal rights to its software, and by falsely claiming that you own ConfigAir's software and making other similar statements, you violated fiduciary duties that you owed to ConfigAir as a director, officer, and member of the company. And, although you were removed as an officer and director on October 21, 2017, such statements still violate fiduciary duties you owe ConfigAir as a current member, former director, and former officer and constitute violations of other applicable law such as the Lanham Act.

ConfigAir is also aware that you have informed its customers that ConfigAir cannot support them and that they should hire you instead, disclosed confidential information regarding ConfigAir and its operations to customers and third parties, and disparaged ConfigAir on social media and in communications with third parties. Furthermore, you have contacted and threatened ConfigAir's employees in an attempt to cause them to leave the company. These and any other similar communications that you have had violate the non-compete, non-solicitation, and non-disclosure provisions of the Operating Agreement and are prima facie breaches of the duties of loyalty and good faith that you owe to ConfigAir. As such, you are currently liable for any and all damages that your conduct has caused ConfigAir as well as significant punitive damages, ConfigAir's attorneys' fees, and any other costs that ConfigAir has incurred or will incur in the future.

Accordingly, ConfigAir demands that you immediately cease and desist (1) contacting ConfigAir's employees and existing and potential customers, (2) falsely claiming that you own ConfigAir's software and making other similar false statements regarding ConfigAir's products,

<2>
<3>
</3>
<4>
</4>
<5>
</5>
<6>
</6>
<7>
</7>
<8>
</8>
<9>
</9>
<10>
</10>
<11>
</11>



Mr. Henry Kurz
November 14, 2017
Page 4

(3) divulging ConfigAir's confidential information to third parties, and (4) making public statements that are damaging to ConfigAir and its business. A failure to comply with this demand will make you liable for additional compensatory and punitive damages and will result in ConfigAir taking immediate legal action.

Sincerely,

Anthony J. Hornbach