UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **CONFIGAIR LLC** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  **3:17-cv-02026-JBA** |
| **HENRY KURZ** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**DEFENDANT, HENRY KURZ** .

Date:   **Feb 02, 2018**

**/s/ Bruce H. Raymond**
*Attorney's signature*

**Bruce H. Raymond ct04981**
*Printed name and bar number*

**Raymond Law Group LLC**
**90 National Drive, Suite 3**
**Glastonbury, CT 06033**
*Address*

**Raymond@RaymondLawGroup.com**
*E-mail address*

**860-633-0580**
*Telephone number*

**860-633-0438**
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on **Feb 02, 2018**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Bruce H. Raymond
_____
*Attorney's signature*