## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFIGAIR LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>HENRY KURZ )<br>)<br>)<br>Defendants. ) | 3:17-cv-02026-JBA<br><br>February 2, 2018 |

## **MOTION TO STAY PENDING ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. §3, the defendant hereby respectfully requests that this Honorable Court stay the proceedings in the above-captioned matter pending the outcome of arbitration between the parties on issues, *inter alia*, relating to the allegations of the plaintiff's complaint. The defendant has submitted a demand for arbitration pursuant to the operating agreement governing the relationship between the parties. Because the operating agreement makes arbitration the exclusive means for resolution of disputes under it, it is necessary that the disputes between the parties be resolved by arbitration.

WHEREFORE the defendant respectfully requests that this Court enter a stay in the above-captioned matter pending the resolution of claims through arbitration.

                                        Respectfully submitted,

                                        THE DEFENDANT

                                        By: /s/ Bruce H. Raymond
                                        Bruce H. Raymond ct04981

                                        Raymond Law Group LLC
                                        90 National Drive, Suite 3
                                        Glastonbury, CT 06033
                                        P: 860-633-0580
                                        F: 860-633-0438
                                        raymond@raymondlawgroup.com
                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:   February 2, 2018                          /s/ Bruce H. Raymond
                                                                     Bruce H. Raymond