## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFIGAIR LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:17-cv-02026-JBA |
| | ) |
| | ) |
| HENRY KURZ | ) |
| | ) June 19, 2018 |
| | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO WITHDRAW MOTION TO STAY

The defendant in the above entitled matter respectfully moves to withdraw his Motion to Stay [Document 8].

    Respectfully submitted,

    THE DEFENDANT

    By: /s/ Bruce H. Raymond
    Bruce H. Raymond ct04981
    Raymond Law Group LLC
    90 National Drive, Suite 3
    Glastonbury, CT 06033
    P: 860-633-0580
    F: 860-633-0438
    raymond@raymondlawgroup.com
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Date:   June 19, 2018                                      /s/ Bruce H. Raymond
                                                                        Bruce H. Raymond