# EXHIBIT A



**LEGAL LANGUAGE SERVICES**

Translation, Interpreting & Transcription
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free   (800) 788-0450
Telefax     (212) 349-0964
www.legallanguage.com

March 22, 2018

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the document received by this office. This document is designated as:

*Software Transfer Agreement between Mr. Henry Kurz and Henry Kurz Consulting GmbH*

George Alves, the Manager of Translation Services of this company, certifies that Tom De Vogelaere, who translated this document, is fluent in German and standard North American English, and is qualified to translate.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document."

_____
Signature of George Alves

Subscribed and sworn to before me this 22nd day of March 2018.

_____
Lisa M. Griffith
Notary Public, State of New York
No. 01GR6334361
Certificate filed in New York County
Qualified in Queens County
Commission Expires December 14, 2019

Sincerely,

Victor J. Hertz
President & CEO

# Software Transfer Agreement

between

**Mr. Henry Kurz, Feuerbacher Weg 206, 70469 Stuttgart** (hereinafter referred to as "licensor")

and

**Henry Kurz Consulting GmbH, Feuerbacher Weg 206, 70469 Stuttgart,** registered in the Commercial Registry of Stuttgart under number HRB 735665 (hereinafter referred to as "licensee")

The licensor and licensee are also hereinafter referred to as "parties".

## § 1 Object of the agreement

The object of this software transfer agreement (hereinafter also referred to as "agreement") is to grant the rights of use and exploitation rights from the licensor to the licensee to the following software solely created by the licensor (hereinafter also referred to as "object of the agreement" or "software"):

The software, which was created and developed by the licensor in the year 2003, essentially consists of the following components:

### (a) CAL

CAL stands for "Configurator Abstraction Layer". This software enables you to communicate with different configurators through a standardized interface. Even SAP utilizes a large variety of configurators which are all constructed in a very similar manner, and the applications that use these configurators have to be changed constantly. CAL makes it possible to exchange a configurator without having to rewrite the application.

Furthermore, CAL offers many additional possibilities and functions that the configurator may not offer. The architecture of CAL is designed in such a way that it should become possible to exchange a configurator during the term of validity. The purpose is to keep the downtime of servers, which use CAL, to a minimum.

<u>Technology:</u> Java & XML.

### (b) CALAdmin

CALAdmin enables the comfortable setup of CAL. Patches, which are required for proper functioning, are automatically extracted from standard configurators.

The XML-files that are required for the setup are generated or processed directly by CALAdmin.

[signature]

1

Technology: Java, JavaSwing, XML

**(c) CALInstaller**
CALInstaller is an installation tool that designs the installation and initial setup as easily as possible. For example, the user is asked which configurators he would like to use with CAL and where these configurators are located. Connection parameters, etc.

Technology: Java, Nullsoft Installer, XML

**(d) CALWSServer**
The so-called CALWSClient is an implementation of CAL. It makes use of another CAL-configurator. It gives configurators that can simply function on the local computer. CALWSServer allows you to use a local configurator in a client/server scenario. A remote computer connects to a CALWSServer using the CALWSClient. CALWSServer offers additional advantages, such as various performance optimizations. Additionally, it is indispensable for the visualization since 2 different applications must access the same configuration. This is currently supported by just the CALWSServer.

Technology: Java, Apache-Struts, XML, WebServices

**(e) WebConf**
WebConf is an optimized configuration UI. The most important aspect of this is the optimized performance and expandability. If something changes to the configuration, only the currently displayed data are updated. If the user navigates back and forth, the data will not be requested again by the server but will originate directly from the browser cache. Even dropdown boxes will only load all values when the user really wants to see them. The applied Ajax technology makes it even possible to decouple the user from a slow configurator. The user can enter additional values while the configurator still evaluates the previous entry. This makes for a user experience like no other configuration UI can offer. WebConf communicates with any configurator via CAL.

Technology: Java, Javascript, Dojo, Apache-Struts

**(f) ConfVis**
ConfVis communicates with a configurator via CAL. ConfVis typically uses the CALWSClient since the joining of configuration sessions is currently only supported by the CALWSServer. ConfVis is an independent web application that visualizes the current condition of the configuration. Several viewers are supported, both in the 2D and 3D-area. Many viewers also allow the interaction that subsequently also affects the configuration. In this case, ConfVis changes the configuration and informs via an event WebConf that a change has occurred.

[signature]

Both applications are thus very loosely connected to one another. The "VisualizationEngine", the VisualizationLogic and objects such as 3D-files, images, etc., are necessary to be able to visualize a scene.

**Technology:** Java, Javascript, 02C, Batik, etc.

### (g) VisualizationEngine

The VisualizationEngine looks as the current condition of the configuration and creates instructions for the viewer to present this scene correctly. For this purpose, visualization logic is needed that connects the configurations to presentable rules. This visualization logic is composed in a manner that is similar to a programming language. However, it does a balancing act between procedural and declarative logic. Furthermore, visual and non-visual objects can be defined that allows inheritance as in modern OO-languages. It is possible to react to events of the configuration UIs or visualization UI using the event handler (e.g. when a book is taken from the shelves per drag & drop).

The VisualizationEngine consists of the following entities:
- Actions (such as commands in programming languages)
- Controls (contingent versions such as IF-THEN-ELSE, SWITCH, etc.)
- Segments (a segment is a listing of actions/controls)
- Rules (determine rules/calculate values)
- Events (events of any type, e.g. object is produced)
- Functions (classification of the codes in individual, reusable functions)
- ObjectClass (declarative medium that is either virtual or a 2D/3D-category)

**Technology:** Java, Javascript, XML, 02C, SVG §

### § 2 Granting of rights

(1)   The licensor hereby grants the licensee the unrestricted, exclusive and transferable (see, to that end, in detail under (3)) right in terms of time and region to reproduce, disseminate, list, issue or in any other way exploit or use the object of the agreement.

(2)   The exploitation and use includes thereby particularly the right, but not limited to:
(a)   to install the software and load it in the work memory or other memory of computers;
(b)   to disseminate the software, particularly sell, lease, loan it, implement it in the hardware of products or in any other way issue or reproduce it;

[signature]

3

(c) to process the software while upholding any moral rights, to change, decompile and compile it, bind, integrate or incorporate, newly design, shorten in other software, or transfer to other types of work.

(3) The licensee must only transfer the rights granted according to this agreement with the consent of the licensor. This also applies with respect to the transfer of simple (non-exclusive) rights of use and exploitation rights to third parties. As soon as the licensor no longer grants his consent to a transfer of rights to third parties, transfers of rights to third parties should no longer take place and previous transfers of rights to third parties become ineffective.

(4) If the licensor further develops and/or edits the software in the future, the licensor hereby grants to the licensee all rights to these further developments and edits under the same conditions and to the same extent as described under § 2 (1), (2), (3).

§ 3 Transfer of the software
The licensor will entrust to the licensee the number of reproduction pieces of the object of the agreement in machine-readable format at his option either on a data carrier that is typical at that point in tie or via remote data transfer which are required to exercise the rights of use and exploitation rights. The licensee receives the documentation as an electronic document, as well as a copy of the user manual of the object agreement as an electronic document.

§ 4 Compensation
The licensee pays to the licensor a compensation, the amount of which is evident from appendix 1 to this agreement, for the granting of the rights granted by the licensor to the licensee and the transferred rights, respectively, according to this agreement.

§ 5 Claims in case of defective titles
(1) The rights to the software granted by the licensor are exempt from rights of third parties who are opposed to an exploitation and use of the software according to the agreement.

(2) If there defective titles, the licensor (a) is entitled at its option (i) through lawful measures to eliminate the rights of third parties, which influence the use of the software according to the agreement, or (ii) their assertion, or (iii) change or replace the software in such a way that they no longer violate rights of third parties when and if, as a result thereof, the owed functionality of the software is not significantly influenced, and (b) is committed to compensate the necessary refundable costs of legal prosecution incurred by the licensee.

(3) If the exemption fails according to § 5(2) within an appropriate time frame set by the licensee, the latter can withdraw from the agreement and seek damages under the statutory premises at his option.

[signature]

### § 6 Liability, damages

(1) According to this agreement, the licensor is liable only in accordance with the following stipulations in (a) to (e):

(a) The licensor has unlimited liability for damage caused deliberately or in a grossly negligent manner by the licensor, his legal representatives or executive employees, as well as for deliberately caused damage by other agents; for gross fault of other agents, the liability is determined according to the regulations for mild negligence listed in (e).

(b) The licensor has unlimited liability for damage caused deliberately or negligently from fatalities, physical injury or damage to health caused by the licensor, his legal representatives or agents.

(c) The licensor is liable for damage as a result of lacking promised characteristics up to the amount that was included in the purpose of the promise and which was recognizable for the licensor at the time of making the promise.

(d) The licensor is liable for product liability damages in accordance with the regulations in the product liability act.

(e) The licensor is liable for damage resulting from the injury of cardinal duties by the licensor, his legal representatives or agents; cardinal duties are the essential duties that form the foundation of the agreement, which were decisive to enter into the agreement and on the fulfillment of which the licensee relies. When the licensor has violated these cardinal duties in a mildly negligent manner, his liability is limited to the amount that was foreseeable for the licensor at the time of the respective service.

(2) The licensor is liable for the loss of data only up to the amount that would have accrued for the recovery of the data while properly and regularly securing the data.

(3) Any further liability of the licensor is ruled out in principle.

(4) **§ 7 Final stipulations**

(1) Changes to this agreement need to be made in writing in order to be effective. This also applies for a change to this written form requirement.

(2) This agreement is subject to the law of the Federal Republic of Germany with the exception of the United Nations Convention on Contracts for the International Sale of Goods of 4.11.1980).

(3) For any legal dispute between the parties, of whatever nature, German courts only have international jurisdiction.

[signature]

(4) The parties agree on Stuttgart as the place of jurisdiction within Germany provided that such a place of jurisdiction agreement is legally permissible.

(5) The invalidity of individual regulations of this agreement does not affect the validity of the other regulations. In the event of invalidity of individual regulations, the parties are committed to agree on effective regulations that, economically speaking, come as close as possible to the intended purpose of the ineffective regulations. This applies accordingly for the closing of any loopholes in this agreement.


Stuttgart, 12.02.2010
[signature]
Henry Kurz (Licensor)(Signature)

Stuttgart, 12.02.2010
[signature]
Henry Kurz Consulting GmbH (Licensee) (Signature)
represented by the CEO

6

# Softwareübertragungsvertrag

zwischen

Herrn Henry Kurz, Feuerbacher Weg 206, 70469 Stuttgart (nachfolgend bezeichnet als „Rechtegeber")

und

Henry Kurz Consulting GmbH, Feuerbacher Weg 206, 70469 Stuttgart, eingetragen im Handelsregister des Amtsgerichts Stuttgart unter der HRB 735665 (nachfolgend bezeichnet als „Rechtenehmer")

Rechtegeber und Rechtenehmer werden nachfolgend auch als „Parteien" bezeichnet.

### § 1 Vertragsgegenstand

Gegenstand dieses Softwareübertragungsvertrags (nachfolgend auch nur als „Vertrag" bezeichnet) ist die Einräumung von Nutzungs- und Verwertungsrechten vom Rechtegeber an den Rechtenehmer an der folgenden allein vom Rechtegeber geschaffenen Software (nachfolgend auch als „Vertragsgegenstand" oder „Software" bezeichnet):

Die Software, die der Rechtegeber seit dem Jahr 2003 geschaffen und entwickelt hat, besteht im Wesentlichen aus folgenden Komponenten:

### (a) CAL

CAL steht für "Configurator Abstraction Layer". Diese Software ermöglicht es, über eine standardisierte Schnittstelle mit unterschiedlichen Konfiguratoren zu kommunizieren. Selbst die SAP benutzt unterschiedlichste Konfiguratoren, die zwar alle sehr ähnlich aufgebaut sind, die Applikationen, welche diese Konfiguratoren nutzen, müssten stets abgeändert werden. Mit CAL ist es möglich, einen Konfigurator auszutauschen, ohne die Applikation umschreiben zu müssen.

CAL bietet darüber hinaus viele weitere Möglichkeiten und Funktionen an, welche der Konfigurator eventuell nicht bietet. Die Architektur von CAL ist so konzipiert, dass ein Austausch eines Konfigurators während der Laufzeit ermöglicht werden soll. Ziel ist es, die Downtime von Servern, welche CAL nutzen, möglichst gering zu halten.

<u>Technologie:</u> Java & XML.

### (b) CALAdmin

CALAdmin ermöglicht das komfortable Setup von CAL. Aus Standardkonfiguratoren werden automatisch Patches extrahiert, welche für die einwandfreie Funktionsweise erforderlich sind.

Die für das Setup benötigten XML Dateien werden direkt von CALAdmin generiert oder bearbeitet.

1

**Technologie:** Java, JavaSwing, XML

### (c) CALInstaller

CALInstaller ist ein Installationstool, welches die Installation und das erste Setup so einfach wie möglich gestaltet. Der Benutzer wird z. B. gefragt, welche Konfiguratoren er mit CAL nutzen möchte und wo sich diese Konfiguratoren befinden. Verbindungsparameter etc.

**Technologie:** Java, Nullsoft Installer, XML

### (d) CALWSServer

Eine Implementierung von CAL ist der sog. CALWSClient. Er bedient sich eines anderen CAL-Konfigurators. Es gibt Konfiguratoren, welche lediglich auf dem lokalen Rechner funktionieren. Mit CALWSServer ist es möglich, auch einen lokalen Konfigurator in einem Client/Server Szenario zu verwenden. Dabei verbindet sich ein entfernter Rechner mittels CALWSClient mit CALWSServer. CALWSServer bietet noch weitere Vorteile, wie diverse Performanceoptimierungen. Er ist darüber hinaus unerlässlich für die Visualisierung, da 2 unterschiedliche Applikationen auf die gleiche Konfiguration zugreifen müssen. Dies wird derzeit lediglich mit CALWSServer unterstützt.

**Technologie:** Java, Apache-Struts, XML, WebServices

### (e) WebConf

WebConf ist ein optimiertes Konfigurations UI. Der wichtigste Punkt ist die optimierte Performance und Erweiterungsfähigkeit. Ändert sich etwas an der Konfiguration, so werden lediglich die derzeit angezeigten Daten aktualisiert. Navigiert der Benutzer hin und her, so werden die Daten nicht erneut vom Server angefragt, sondern stammen direkt aus dem Browser Cache. Selbst Drop-Down Boxen laden erst alle Werte, wenn der Benutzer sie auch wirklich sehen möchte. Durch die verwendete Ajax-Technologie ist es sogar möglich, den Benutzer von einem langsamen Konfigurator zu entkoppeln. Der Benutzer kann weitere Werte eingeben, während der Konfigurator noch die vorherige Eingabe bewertet. Dies ermöglicht eine User Experience wie bei keinem anderen Konfigurations UI. WebConf kommuniziert mittels CAL mit einem beliebigen Konfigurator.

**Technologie:** Java, Javascript, Dojo, Apache-Struts

### (f) ConfVis

ConfVis kommuniziert mittels CAL mit einem Konfigurator. Da derzeit das Joining von Konfigurationssessions lediglich von CALWSServer unterstützt wird, nutzt ConfVis typischer Weise den CALWSClient. ConfVis ist eine eigenständige Webapplikation, welche den derzeitigen Zustand der Konfiguration visualisiert. Es werden verschiedene Viewer unterstützt, sowohl im 2D- als auch 3D Bereich. Manche Viewer erlauben auch die Interaktion, welche sich dann auch auf die Konfiguration auswirkt. In diesem Falle verändert ConfVis die Konfiguration und informiert über einen Event WebConf, dass es eine Änderung gegeben hat.

2

Damit sind beide Applikationen sehr lose miteinander gekoppelt. Um eine Szene visualisieren zu können, bedarf es der "VisualizationEngine", der VisualizationLogic und Objekte, wie 3D Dateien, Bilder etc.

<u>Technologie:</u> Java, Javascript, O2C, Batik etc

### (g) VisualizationEngine

Die VisualizationEngine schaut sich den aktuellen Zustand der Konfiguration an und erstellt Instruktionen für den Viewer, um diese Szene korrekt dar zu stellen. Dazu bedarf es einer Visualisierungslogik, welche die Konfiguration mit darstellbaren Regeln verbindet. Diese Visualisierungslogik ist ähnlich einer Programmiersprache aufgebaut, macht dabei jedoch einen Spagat zwischen prozeduraler und deklarativer Logik. Darüber hinaus können visuelle und nicht visuelle Objekte definiert werden, welche Vererbung wie bei modernen OO-Sprachen erlauben. Mittels Eventhandler kann auf Ereignisse des Konfigurations UI's oder der Visualisierungs UI reagiert werden (z. B. wenn ein Buch per Drag & Drop auf ein Regal gezogen wird).

Die VisualizationEngine besteht aus folgenden Entitäten:
- Actions (ähnlich wie Kommandos in Programmiersprachen)
- Controls (Bedingte Ausführungen, wie IF-THEN-ELSE, SWITCH, etc.)
- Segments (Ein Segment ist eine Auflistung von Actions/Controls)
- Rules (Regeln ermitteln/berechnen Werte)
- Events (Ereignisse jeglicher Art. Z.B. Objekt wird erzeugt)
- Functions (Aufteilung des Codes in einzelne, wiederverwertbare Funktionen)
- ObjectClass (Deklaratives Mittel, das entweder virtuell ist oder eine 2D/3D Klasse)

<u>Technologie:</u> Java, Javascript, XML, O2C, SVG

### § 2 Einräumung von Rechten

**(1)** Der Rechtegeber gewährt dem Rechtenehmer hiermit das zeitlich und räumlich unbeschränkte, ausschließliche (exklusive) und übertragbare (siehe dazu im Einzelnen unter (3)) Recht, den Vertragsgegenstand in jeder Form zu vervielfältigen, zu verbreiten, aufzuführen, auszustellen oder in anderer Weise zu verwerten oder zu nutzen.

**(2)** Die Verwertung und Nutzung umfasst dabei insbesondere das Recht, ohne darauf beschränkt zu sein:
**(a)** die Software zu installieren und in den Arbeitsspeicher oder sonstigen Speicher von Computern zu laden;
**(b)** die Software zu verbreiten, insbesondere zu verkaufen, zu vermieten, zu verleihen, in die Hardware von Produkten zu implementieren oder in sonstiger Weise abzugeben oder zu vervielfältigen;
**(c)** die Software - unter Wahrung evtl. Urheberpersönlichkeitsrechte - zu bearbeiten, zu verändern, zu dekompilieren und zu kompilieren, zu binden, in andere Software zu

3

integrieren oder einzuarbeiten, neu zu gestalten, zu kürzen oder in andere Werkformen zu übertragen.

**(3)** Der Rechtenehmer darf die nach diesem Vertrag eingeräumten Rechte allerdings nur mit Zustimmung des Rechtegebers weiterübertragen. Dies gilt auch bezüglich der Übertragung einfacher (nicht-exklusiver) Nutzungs- und Verwertungsrechte an Dritte. Sobald der Rechtegeber keine Zustimmung zu einer Rechteübertragung an Dritte mehr erteilt, sollen Rechteübertragungen an Dritte nicht mehr vorgenommen werden und bisherige Rechteübertragungen an Dritte werden unwirksam.

**(4)** Soweit der Rechtegeber die Software künftig weiterentwickelt und/oder bearbeitet, so räumt der Rechtegeber dem Rechtenehmer hiermit bereits jetzt sämtliche Rechte an diesen Weiterentwicklungen und Bearbeitungen zu denselben Bedingungen und im selben Umfang ein, wie unter § 2 (1), (2), (3) beschrieben.

### § 3 Übergabe der Software
Der Rechtegeber wird dem Rechtenehmer die zur Ausübung der in diesem Vertrag gewährten Nutzungs- und Verwertungsrechte erforderliche Anzahl an Vervielfältigungsstücken des Vertragsgegenstands in maschinenlesbarer Form nach dessen Wahl entweder auf einem zu dem Zeitpunkt üblichen Datenträger oder per Datenfernübertragung überlassen. Der Rechtenehmer erhält die Dokumentation als elektronisches Dokument sowie eine Kopie des Benutzerhandbuchs des Vertragsgegenstands als elektronisches Dokument.

### § 4 Vergütung
Für die Einräumung der nach diesem Vertrag dem Rechtenehmer vom Rechtegeber eingeräumten bzw. übertragenen Rechte zahlt der Rechtenehmer dem Rechtegeber eine Vergütung, deren genaue Höhe sich aus Anlage 1 zu diesem Vertrag ergibt.

### § 5 Ansprüche bei Rechtsmängeln
**(1)** Die vom Rechtegeber eingeräumten Rechte an der Software sind frei von Rechten Dritter, die einer vertragsgemäßen Nutzung und Verwertung entgegenstehen.

**(2)** Soweit Rechtsmängel bestehen, ist der Rechtegeber (a) nach seiner Wahl berechtigt, (i) durch rechtmäßige Maßnahmen die Rechte Dritter, welche die vertragsgemäße Nutzung der Software beeinträchtigen, oder (ii) deren Geltendmachung zu beseitigen, oder (iii) die Software in der Weise zu verändern oder zu ersetzen, dass sie fremde Rechte Dritter nicht mehr verletzen, wenn und soweit dadurch die geschuldete Funktionalität der Software nicht erheblich beeinträchtigt wird, und (b) verpflichtet, die dem Rechtenehmer entstandenen notwendigen erstattungsfähigen Kosten der Rechtsverfolgung zu erstatten.

**(3)** Scheitert die Freistellung gemäß § 5(2) binnen einer vom Rechtenehmer gesetzten angemessenen Nachfrist, kann der Rechtenehmer unter den gesetzlichen Voraussetzungen nach seiner Wahl vom Vertrag zurücktreten oder mindern und Schadensersatz verlangen.

4



§ 6 Haftung, Schadensersatz

(1) Der Rechtegeber haftet nach diesem Vertrag nur nach Maßgabe der folgenden Bestimmungen in (a) bis (e):

(a) Der Rechtegeber haftet unbeschränkt für vorsätzlich oder grob fahrlässig durch den Rechtegeber, seine gesetzlichen Vertreter oder leitenden Angestellten verursachte Schäden sowie für vorsätzlich verursachte Schäden sonstiger Erfüllungsgehilfen; für grobes Verschulden sonstiger Erfüllungsgehilfen bestimmt sich die Haftung nach den unten in (e) aufgeführten Regelungen für leichte Fahrlässigkeit.

(b) Der Rechtegeber haftet unbeschränkt für vorsätzlich oder fahrlässig verursachte Schäden aus der Verletzung des Lebens, des Körpers oder der Gesundheit durch den Rechtegeber, seine gesetzlichen Vertreter oder Erfüllungsgehilfen.

(c) Der Rechtegeber haftet für Schäden aufgrund fehlender zugesicherter Eigenschaften bis zu dem Betrag, der vom Zweck der Zusicherung umfasst war und der für den Rechtegeber bei Abgabe der Zusicherung erkennbar war.

(d) Der Rechtegeber haftet für Produkthaftungsschäden entsprechend der Regelungen im Produkthaftungsgesetz.

(e) Der Rechtegeber haftet für Schäden aus der Verletzung von Kardinalpflichten durch den Rechtegeber, seine gesetzlichen Vertreter oder Erfüllungsgehilfen; Kardinalpflichten sind die wesentlichen Pflichten, die die Grundlage des Vertrags bilden, die entscheidend für den Abschluss des Vertrags waren und auf deren Erfüllung der Rechtenehmer vertrauen darf. Wenn der Rechtegeber diese Kardinalpflichten leicht fahrlässig verletzt hat, ist seine Haftung auf den Betrag begrenzt, der für den Rechtegeber zum Zeitpunkt der jeweiligen Leistung vorhersehbar war.

(2) Der Rechtegeber haftet für den Verlust von Daten nur bis zu dem Betrag, der bei ordnungsgemäßer und regelmäßiger Sicherung der Daten zu deren Wiederherstellung angefallen wäre.

(3) Eine weitere Haftung des Rechtegebers ist dem Grunde nach ausgeschlossen.

§ 7 Schlussbestimmungen

(1) Änderungen dieses Vertrags bedürfen zu ihrer Wirksamkeit der Schriftform. Dies gilt ebenso für die Änderung dieses Schriftformerfordernisses.

(2) Auf diesen Vertrag findet das Recht der Bundesrepublik Deutschland mit Ausnahme des UN-Kaufrechts (United Nations Convention on Contracts for the International Sale of Goods vom 11.4.1980) Anwendung.

(3) Für einen Rechtsstreit unter den Parteien, gleich welcher Natur, sollen deutsche Gerichte ausschließlich international zuständig sein.

5

(4) Die Parteien vereinbaren innerhalb Deutschlands Stuttgart also Gerichtsstand, soweit eine solche Gerichtsstandsvereinbarung gesetzlich zulässig ist.

(5) Die Unwirksamkeit einzelner Regelungen dieses Vertrags lässt die Wirksamkeit der übrigen Regelungen unberührt. Im Falle der Unwirksamkeit einzelner Regelungen verpflichten sich die Parteien, sich auf wirksame Regelungen zu verständigen, die wirtschaftlich dem intendierten Zweck der unwirksamen Regelungen am nächsten kommen. Dies gilt entsprechend für die Schließung etwaiger Lücken in diesem Vertrag.

Stuttgart, den 02.12.2010

_____
Henry Kurz (Rechtegeber) (Unterschrift)

Stuttgart, den 02.12.2010

_____
Henry Kurz Consulting GmbH (Rechtenehmer) (Unterschrift)
vertreten durch den Geschäftsführer