# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFIGAIR, LLC, ) | |
| ) | LEAD DOCKET NO. |
| ) | 3:17-cv-02026-JBA |
| Plaintiff/Counterclaim Defendant, ) | U.S.D.C./NEW HAVEN |
| ) | |
| v. ) | |
| ) | Judge Janet Bond Arterton |
| HENRY KURZ, ) | |
| ) | |
| Defendant/Counterclaimant. ) | |

## STATUS REPORT

Pursuant to the Court's amended scheduling order dated September 5, 2018 ("Scheduling Order") Plaintiff/Counterclaim Defendant ConfigAir LLC ("ConfigAir") and Third Party Defendants Daniel Naus, Nizwer Husain and Dung Nguyen (collectively, "Third Party Defendants") hereby provide the following status update and request for a new Scheduling Order.

1. The matter was originally commenced on December 5, 2017 by ConfigAir LLC ("ConfigAir") (Dkt. 1).

2. On February 2, 2018, defendant Henry Kurz ("Kurz") filed a Motion to Stay (Dkt. 8).

3. On March 16, 2018 the parties filed their Report of Parties Planning Meeting Pursuant to Federal Rules of Civil Procedure 26(f) (Dkt. 12).

4. On March 22, 2018 ConfigAir filed its Motion for Leave to file a First Amended Complaint (Dkt. 13).

5. The Court issued a Scheduling Order on May 3, 2018 (Dkt. 15).

1

6.  On June 19, 2018, ConfigAir filed a Motion for Entry of Default (Dkt. 17).

7.  On June 19, 2018, Kurz formally withdrew his Motion to Stay (Dkt. 18) and his objection to the filing of the First Amended Complaint (Dkt. 19).

8.  On June 20, 2018, the Court granted Kurz's Motion to Withdraw his Motion to Stay and granted ConfigAir's Motion to Amend (Dkt. 20).

9.  On June 25, 2018, Kurz's filed a Consent Order to change counsel (Dkt. 21).

10. On June 26, 2018, ConfigAir filed its First Amended Complaint (Dkt. 22).

11. On June 27, 2018, the Court granted Kurz's Substitution of Counsel request (Dkt. 25).

12. On July 1, 2018, Kurz filed an opposition to ConfigAir's Motion for Entry of Default (Dkt. 28).

13. On July 13, 2018 the Court denied ConfigAir's Motion for Entry of Default as premature (Dkt. 29).

14. On July 26, 2018, a Summons issued on Kurz's Third Party Complaint (Dkt. 31).

15. On July 24, 2018, Kurz filed an Answer, Counterclaims and a Third Party Complaint, naming three additional individual defendants (the "Third Party Defendants") (Dkt. 30).  On August 14, 2018 ConfigAir filed its Answer to Kurz's Counterclaims (Dkt. 32).  On September 18, 2018, the Third Party Defendants filed a Motion to Dismiss the Third Party Complaint (Dkt. 44).

16. On August 15, 2018, the parties submitted a Joint Status Report (Dkt. 33).

17. On August 20, 2018, ConfigAir and Third-Party Defendants filed a motion for Dispositive Motion Pre-Filing Conference (Dkt. 34), which the Court granted on August 21, 2018 (Dkt. 36).  A pre-filing conference was held on September 4, 2018 (Dkt. 42).

18. On August 21, 2018, the parties submitted a Joint Motion for Extension of Certain Deadlines (Dkt. 35), which the Court granted on September 5, 2018, while issuing an Amended Scheduling Order (Dkt. 41).

19. On September 18, 2018, ConfigAir filed its Second Amended Complaint against Kurz (Dkt. 43). Kurz filed his answer to the Second Amended Complaint with Counterclaims against ConfigAir on October 10, 2018 (Dkt. 46). ConfigAir filed its answer to the Amended Counterclaims on October 24, 2018 (Dkt. 48).

20. Kurz filed an Amended Third Party Complaint on October 2, 2018 (Dkt. 45). The Third Party Defendants filed a Motion to Dismiss the Amended Third Party Complaint on October 24, 2018 (Dkt. 47). Kurz filed his Opposition to the Motion to Dismiss the Amended Third Party Complaint on November 14, 2018 (Dkt. 51), and the Third Party Defendants filed their Reply on November 28, 2018 (Dkt. 55.) This motion is still pending before the Court.

21. On October 14, 2018, ConfigAir filed a Motion to Consolidate Cases in both this matter and a related matter in the District of Connecticut (Case No. 18-cv-1377) (the "Related Case") (Dkt. 50), which this Court granted on November 29, 2018 (Dkt. 56), consolidating these two cases under the present case number.

22. On October 31, 2018, ConfigAir filed a Motion for Judgment on the Pleadings (Dkt. 49). On November 21, 2018, Kurz filed his Opposition to the Motion for Judgment on the Pleadings (Dkt. 52). ConfigAir's Reply in Support of Motion for Judgment on the Pleadings will be filed and served no later than December 5, 2018.

23. Initial Disclosures and discovery requests have been served by ConfigAir and Kurz, but not the parties that were the subject of the recent November 29, 2018 Consolidation Order. ConfigAir and Kurz have exchanged initial discovery demands. Under the current

schedule, discovery is supposed to be completed by March 25, 2019 and any dispositive motions will be filed by April 15, 2019.

24.     Given the recent Consolidation Order, ConfigAir request that the Court hold a telephonic conference with all parties such that a new proposed Scheduling Order can be addressed.

25.     A telephonic status conference is currently scheduled for April 1, 2019 at 10:00 a.m.

**The Related Case**

26.     The Complaint filing date in the Related Case was August 14, 2018 ("Related Case")

27.     Pursuant to a Stipulation, ConfigAir LLC, Daniel Naus, Nizwer Husain and Dung Nguyen (collectively, "Related Case ConfigAir Defendants") time to answer or otherwise respond to the Related Case complaint was set to October 22, 2018 (Related Case Dkt. 10).  On October 22, 2018, the Related Case ConfigAir Defendants filed a Partial Motion to Dismiss Complaint in the Related Case (Related Case Dkt. 16).  On November 12, 2018, Plaintiff Henry Kurz Consulting GMBH ("HKC") filed its Opposition to the Partial Motion to Dismiss (Related Case Dkt. 19).  On November 26, 2018, the Related Case ConfigAir Defendants filed their Reply in Support of the Partial Motion to Dismiss (Related Case Dkt. 26).  This motion is still pending before the Court.

28.     Related Case Defendant McLaren Automotive, Inc. ("Related Case Defendant McLaren") was served on September 19, 2018 and entered into a Stipulation that set its time to answer or otherwise respond to the Related Case Complaint to October 29, 2018 (Related Case Dkt. 14).  On October 29, 2018, Related Case Defendant McLaren filed its Answer to Complaint in the Related Case (Related Case Dkt. 18).

4

29. Service of a copy of the original, untranslated Complaint is alleged to have been made on Related Case Defendant Maax Bath, Inc. ("Maax") on November 14, 2018 by a Huissier de Justice. On November 21, 2018, Maax filed a Motion to Dismiss (Related Case Dkt. 24). No opposition to this motion has yet been filed. HKC's Opposition to Maax's Motion to Dismiss is due on December 12, 2018.

30. On November 22, 2018, counsel for HKC, Related Case ConfigAir Defendants, and Related Case Defendant McLaren filed a partial Rule 26(f) Report of Parties' Planning Meeting in the Related Case (Related Case Dkt. 25). All of the parties, including Maax, held a Rule 26(f) conference on November 27, 2018.

31. ConfigAir will ask that the Court adjourn its filing of the Rule 26(f) Report until such time as a Status Conference with all parties is held.

32. On November 14, 2018, Related Case ConfigAir Defendants filed their Motion to Consolidate in the Related Case (Related Case Dkt. 20), which the Court granted on November 27, 2018, transferring the Related Case to Judge Arterton and the original case docket (Related Case Dkt. 27 & 28).

33. All parties have reviewed and consent to the submission of this Status Report.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

Dated: December 3, 2018                                 Respectfully submitted,

                                            /s/ Rebecca A. Brazzano
                                            Rebecca A. Brazzano (18443)
                                            THOMPSON HINE LLP
                                            335 Madison Avenue
                                            12th Floor
OF COUNSEL:                             New York, NY  10017-4611
                                            Tel. (212) 344-3941
Anthony J. Hornbach                 Fax (212) 344-6101
THOMPSON HINE LLP              Email: Rebecca.Brazzano@ThompsonHine.com
312 Walnut Street, Suite 1400
Cincinnati, OH  45202
Tel. (513) 352-6721
Fax  (513) 241-4771
Email: Tony.Hornbach@ThompsonHine.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2018, a true copy of the foregoing STATUS REPORT was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Rebecca A. Brazzano
                                            Rebecca A. Brazzano