**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CONFIGAIR LLC, | ) | |
| | ) | LEAD DOCKET NO. |
| Plaintiff/Counterclaim Defendant, | ) | 3:17-CV-02026-JBA |
| | ) | U.S.D.C./NEW HAVEN |
| v. | ) | |
| | ) | Judge Janet Bond Arterton |
| HENRY KURZ, | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |

**CONFIGAIR LLC'S REPLY TO HENRY KURZ'S SUBSTITUTED MEMORANDUM
OF LAW IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**

ConfigAir LLC, Daniel Naus, Nizwer Husain, and Dung Nguyen (collectively, "ConfigAir") respectfully submit this Reply to the Substituted Memorandum of Law in Opposition to Motion for Judgment on the Pleadings ("Substituted Opposition") filed by Henry Kurz ("Kurz") [Dkt. 92].

On October 31, 2018, ConfigAir filed its Motion for Judgment on the Pleadings ("Motion") [Dkt. 49] as to Counts I and II of ConfigAir's Second Amended Complaint [Dkt. 43] and as to Counts I through X of Kurz's Counterclaim [Dkt. 46]. Kurz filed his original Memorandum of Law in Opposition to ConfigAir's Motion on November 21, 2018 [Dkt. 52] and ConfigAir filed its Reply in Further Support of its Motion on December 6, 2018 [Dkt. 63].

On February 7, 2019, ConfigAir filed a Motion for Sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure based on the lack of evidentiary support for certain allegations in Kurz's Counterclaim [Dkt. 46] and his Memorandum of Law in Opposition to ConfigAir's Motion [Dkt. 52]. By Order dated April 5, 2019, the Court denied ConfigAir's Motion for Sanctions as premature and permitted Kurz 21 days to make any necessary amendments or substitutions to his pleadings [Dkt. 81]. Pursuant to that Order, on April 26, 21019, Kurz filed his Amended Counterclaim [Dkt. 91] and Substituted Memorandum of Law in Opposition to Motion for Judgment on the Pleadings [Dkt. 92].

The amended factual allegations in Kurz's Amended Counterclaim and Substituted Opposition, while significant and imperative to address the factual misstatements in his prior filing,[1] are not material to the legal arguments raised in ConfigAir's Motion. Rather than filing a reply memorandum that is substantially identical, ConfigAir hereby incorporates by reference its

---

[1] In the context of its Motion for Sanctions only, ConfigAir concedes that the amended allegations in Kurz's Amended Counterclaim and Substituted Opposition are sufficient to address the specific Rule 11 violations raised by ConfigAir. ConfigAir disputes the accuracy of Kurz's amended allegations and further disputes that those allegations, even if accepted as true, give rise to a legally cognizable claim against ConfigAir or any of its members.

2

original Reply Memorandum in Further Support of Motion for Judgment on the Pleadings [Dkt. 63], which is attached hereto as Exhibit A.

For the reasons set forth in ConfigAir's Memorandum in Support of Motion for Judgment on the Pleadings [Dkt. 49-1] and its Reply in Further Support [Dkt. 63], ConfigAir respectfully requests that the Court grant its Motion and enter judgment in ConfigAir's favor on Counts I and II of the Second Amended Complaint and dismiss, with prejudice, Counts I through X of Kurz's Amended Counterclaim.

Dated: May 10, 2019

Respectfully submitted,

/s/ Rebecca A. Brazzano

| | |
|---|---|
| OF COUNSEL: | Rebecca A. Brazzano (18443) |
| Anthony J. Hornbach | THOMPSON HINE LLP |
| THOMPSON HINE LLP | 335 Madison Avenue |
| 312 Walnut Street, Suite 1400 | 12th Floor |
| Cincinnati, OH  45202 | New York, NY  10017-4611 |
| Tel. (513) 352-6721 | Tel. (212) 344-3941 |
| Fax  (513) 241-4771 | Fax (212) 344-6101 |
| Email: Tony.Hornbach@ThompsonHine.com | Email: Rebecca.Brazzano@ThompsonHine.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of May, 2019, a true copy of the foregoing REPLY TO HENRY KURZ'S SUBSTITUTED MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Rebecca A. Brazzano
Rebecca A. Brazzano