UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFIGAIR LLC, ) | **Lead Docket No.:** |
| ) | 3:17-cv-02026 (JBA) |
| Plaintiff/Counterclaim Defendant, ) | U.S.D.C./New Haven |
| ) | |
| v. ) | Judge Janet Bond Arterton |
| ) | |
| HENRY KURZ ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | May 13, 2019 |

**MOTION FOR LEAVE TO FILE UNDER SEAL
DECLARATION OF JESSICA S. RUTHERFORD IN SUPPORT OF
MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and D. Conn. L. Civ. R. Rule 5, Edmund J. Ferdinand, Jessica S. Rutherford and the firm of Ferdinand IP, LLC (collectively, "Defendant's Counsel") respectfully move for leave to file under seal the declaration of Jessica S. Rutherford ("Declaration") in support of counsel's Motion for Withdrawal of Appearance as counsel of record for defendant/counterclaimant/third-party plaintiff Henry Kurz ("Kurz") and plaintiff Henry Kurz Consulting GmbH ("HKC") filed on May 9, 2019. (Doc. 93).

The Declaration contains information regarding communications between Attorneys Ferdinand and Rutherford, on the one hand, and Kurz, on the other hand, concerning the irreparable breakdown in the attorney-client relationship and Kurz and HKC's *de facto* discharge of counsel.

This Motion for Leave to File Under Seal is narrowly tailored such that only those portions of the Declaration, in which counsel claims to have a compelling need for confidentiality, will be filed under seal.

For the foregoing reasons, Defendant's Counsel respectfully requests that the Court grant leave to file the above-identified document under seal and such other relief as may be just and appropriate.

Dated: May 13, 2019

        Respectfully submitted,

        By __/s/ Jessica S. Rutherford_____
        Jessica S. Rutherford
        ct27273
        jrutherford@24iplg.com
        Edmund J. Ferdinand, III
        ct21287
        jferdinand@24iplg.com
        FERDINAND IP, LLC
        1221 Post Road East, Suite 302
        Westport, Connecticut 06880
        Telephone: (203) 557-4224
        Facsimile: (203) 905-6747

        *Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff, Henry Kurz, and Plaintiff Henry Kurz Consulting GmbH*

CERTIFICATE OF SERVICE

I hereby certify that on this May 13, 2019 a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I further certify that it was served by electronic mail to Henry Kurz and Henry Kurz Consulting GmbH.

  /s/Jessica S. Rutherford\_\_\_\_\_
Jessica S. Rutherford