UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFIGAIR LLC, | **Lead Docket Number:** |
| Plaintiff/Counterclaim Defendant, | 17-cv-02026 (JBA) |
| | U.S.D.C./New Haven |
| v. | |
| | Judge Janet Bond Arterton |
| HENRY KURZ, | |
| | May 22, 2019 |
| Defendant/Counterclaimant. | |

### DECLARATION OF HENRY KURZ

I, HENRY KURZ, pursuant to the requirements of 28 U.S.C. § 1746, declare that the following is true and correct:

1. I am a defendant/counterclaimant/third-party plaintiff in this action.

2. I am also the sole member and owner of Henry Kurz Consulting GmbH, a plaintiff in this action.

3. I have identified new counsel willing to represent me and HKC in this action, on the condition that the Court grants at least a 30-day extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2019

Respectfully submitted,

*/s/ Henry Kurz*
Henry Kurz