UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Configair, LLC,
    *Plaintiff*,

    *v.*                                                          Civil No. 3:17cv2026 (JBA)

Henry Kurz,
    *Defendant*.

## NOTICE TO DEFENDANT HENRY KURZ AND HENRY KURZ CONSULTING GmbH (HKC)

By Motion dated May 09, 2019, which was mailed to you via Federal Express, Attorney Rutherford and Attorney Ferdinand have moved to withdraw their appearances on your behalves on grounds that you have substantially failed to fulfill your obligations to counsel thereby causing unreasonable financial burden of any continued representation, that there has been an irreparable breakdown in the attorney client relationship, and that you have been *de facto* discharged as counsel.   You have opposed this motion until you have found new counsel [Doc. # 99].   The Court will defer action on the Motion to Withdraw Appearance until June 10, 2019.

Pursuant to D. Conn. L. Civ. R 7(e) motions to withdraw and attorney appearance "normally shall not be granted except upon a showing that other counsel has appeared or that the party has elected to proceed *pro* se."   However, where good cause exists for permitting the withdrawal by the appearing counsel, the Court may grant the motion after notice that if you fail to engage substitute counsel or file a *pro se* appearance by June 10, 2019 the Motion for Withdrawal of Appearance may be granted, and a dismissal or default may be entered against

you.

                                                IT IS SO ORDERED.


                                                /s/_____
                                                Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut this 29th day of May 2019.