UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Configair, LLC,
    *Plaintiff,*

    *v.*                                                        Civil No. 3:17cv2026 (JBA)

Henry Kurz,
    *Defendant.*

## **SCHEDULING ORDER**

Pursuant to the colloquy with counsel on the record 5/29/19, the following is ordered:

1.     Motion to Adjourn Depositions and Hearing on Dispositive Motions [Doc. # 100] is granted

    (a)     Depositions of Kurz and HKC must be completed by July 12, 2019;

    (b)     Oral argument scheduled for June 10, 2019 is cancelled and pending motions will be decided on the papers. The parties' Joint Trial Memorandum will be filed 21 days after ruling;

    (c)     Motion to Adjourn Settlement Conference is referred to Magistrate Judge Spector.

2.     Ruling on Motion to Withdraw Appearance is deferred to June 10, 2019 (*see* Notice).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 29th day of May 2019.