

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
CHICAGO     CLEVELAND     DAYTON     WASHINGTON, D.C.

*Via CM/ECF*

June 25, 2019

Honorable Janet Bond Arterton
United States District Judge
Richard C. Lee United States Court House
141 Church Street
New Haven, Connecticut 06510

Re: *ConfigAir v. Kurz*, Lead Docket No. 3:17-cv-02026

Dear Judge Arterton:

We are counsel to ConfigAir, LLC, Plaintiff/Counterclaim Defendant in the matter captioned *ConfigAir LLC v. Henry Kurz*, Lead Docket No. 17-cv-2026.

We write in response to the request of Defendant Henry Kurz ("Kurz") and Plaintiff Henry Kurz Consulting GmbH ("HKC") to alter the deposition schedule Ordered by this Court.

While we think it unnecessary to delve into Kurz's counsel's recitation of who called whom, and who emailed whom at what point in time, the bottom line is ConfigAir provided Kurz's third counsel of record with proposed dates for his deposition and dates for HKC's deposition.  As the Court may recall, these depositions had originally been scheduled, and confirmed, to take place the week of June 3.  During the May 29, 2019 telephone conference with the Court and Kurz and HKC's prior counsel, ConfigAir agreed to adjourn those dates as Kurz and HKC's counsel was withdrawing from their representation.  (Their now current attorney was not available, and did not participate, in that telephone conference).  During that conference call at ConfigAir's request, the Court ordered that both Kurz and HKC appear for their adjourned deposition on or before July 12, and that was memorialized in this Court's May 29, 2019 Scheduling Order.

Now, as expected, Kurz's third attorney wants additional time as the various dates ConfigAir offered are inconvenient, and apparently the cost of Kurz's travel is now at issue.  Given that HKC (of which Kurz is the sole member) initiated a lawsuit in the Unites States District Court, District of Connecticut, and has availed himself of this Court's time and resources, and Kurz is the primary defendant, his complaints that he should not have to inconvenience himself with travel ring hollow.

ConfigAir is not required to schedule depositions by Skype or to do the depositions back to back. If the Court is inclined to entertain HKC/Kurz's motion and further delay, ConfigAir respectfully requests that the Court Order that Henry Kurz's deposition be held on July 26, 2019 and that

Rebecca.Brazzano@ThompsonHine.com   Fax: 212.344.6101   Phone: 212.908.3941          rb   4842-4545-5003

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
O: 212.344.5680
F: 212.344.6101



Honorable Janet Bond Arterton
United States District Judge
June 25, 2019
Page 2

HKC's deposition be Ordered to take place on August 5, 2019, and that no further adjournments
be had.

Respectfully submitted,

Rebecca Brazzano

cc:     Counsel of Record