# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CONFIGAIR LLC,   )  | |
| ) | LEAD DOCKET NO. |
| Plaintiff/Counterclaim Defendant,   ) | 3:17-CV-02026-JBA |
| ) | U.S.D.C./NEW HAVEN |
| v.   ) | |
| ) | Judge Janet Bond Arterton |
| HENRY KURZ,   ) | |
| ) | |
| Defendant/Counterclaimant.   ) | |

### MOTION TO SEAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO RE-OPEN CASE AND RENEWED MOTION TO ENFORCE SETTLEMENT AGREEMENT AND DECLARATION OF REBECCA BRAZZANO

Plaintiff/Counterclaim Defendant ConfigAir LLC ("ConfigAir") is filing herewith its Motion to Re-Open Case and Renewed Motion to Enforce Settlement Agreement and its Memorandum of Law and the Declaration of Rebecca Brazzano in support of that motion. ConfigAir respectfully moves this Court, pursuant to Local Rule 5(e)(4), to permit it to file its Memorandum of Law in Support of the Motion to Re-Open Case and Renewed Motion to Enforce Settlement Agreement and the accompanying Declaration of Rebecca Brazzano with accompanying exhibits, under seal.

In support of this Motion, ConfigAir relies on its Memorandum of Law in Support, which is being filed concurrently with this Motion.

Dated: December 2, 2019							Respectfully submitted,

                                                                        /s/ Rebecca Brazzano
Rebecca Brazzano (18443)
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, NY  10017-4611
Tel. (212) 344-3941
Fax (212) 344-6101
OF COUNSEL:							Email: Rebecca.Brazzano@ThompsonHine.com

Anthony J. Hornbach
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH  45202
Tel. (513) 352-6721
Fax  (513) 241-4771
Email: Tony.Hornbach@ThompsonHine.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019 a true and correct copy of the foregoing was served by electronic mail upon the following:

Joshua B. Kons
LAW OFFICE OF JOSHUA B. KONS, LLC
92 Hopmeadow Street, Lower Level
Weatogue, Connecticut 06089
Joshuakons@konslaw.com

                                                /s/ Rebecca Brazzano
                                                   Rebecca Brazzano